```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
STUART F. DELERY
Acting Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
TROY D. LIGGETT
Trial Attorney, D.C. Bar No. 995073
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202)532-4765; (202)305-7000 (fax)
troy.liggett@usdoj.gov

Attorneys for the United States
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN ANGON OCHOA and ILIANA DENISSE MORAN TORRES,<br><br>              Plaintiffs,<br><br>     v.<br><br>HILLARY CLINTON, et al.,<br><br>              Defendants. | Case No.: 2:12-CV-1210-LRH-VCF |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

(Second Request)

Defendants, by and through their attorneys, request a five week (35 day) extension of time to file an answer or other appropriate responsive pleading to Plaintiff's complaint.

This is the second request for an extension of time to answer the complaint. The parties have worked diligently to resolve the cause of action without further litigation. The case involves the adjudication of a visa application by the U.S. Consulate in Ciudad Juarez, Mexico. Officials with

1 the U.S. Department of State and U.S. Citizenship and Immigration Services
2 continue to gather and share information and take administrative action on
3 the issues addressed in the cause of action.
4     Plaintiff's counsel, Mr. Anthony D. Guenther, does not oppose the five
5 week extension of time.
6     The current deadline to answer the complaint is November 13, 2012,
7 based on the court's order granting the first unopposed motion to extend the
8 deadline.  (ECF No. 6, Sept. 14, 2012).  Defendants respectfully request that
9 the court grant an additional five week extension of time to file an
10 appropriate pleading to answer the complaint up to and including Tuesday,
11 December 18, 2012.
12     DATED this 13th day of November 2012.
13 Respectfully submitted,

| | |
|---|---|
| Daniel G. Bogden | Stuart F. Delery |
| United States Attorney | Acting Assistant Attorney General |
| Carlos A. Gonzalez | Elizabeth J. Stevens |
| Assistant United States Attorney | Assistant Director |
| | /s/ Troy D. Liggett . |
| | Troy D. Liggett |
| | Trial Attorney |
| | District Court Section |
| | Office of Immigration Litigation |
| | Civil Division |
| | U.S. Department of Justice |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 11-16-2012
_____

2