DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
STUART F. DELERY
Principal Deputy Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
TROY D. LIGGETT
Trial Attorney, D.C. Bar No. 995073
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202)532-4765; (202)305-7000 (fax)
troy.liggett@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN ANGON OCHOA and<br>ILIANA DENISSE MORAN TORRES,<br><br>            Plaintiffs,<br><br>   v.<br><br>HILLARY CLINTON, et al.,<br><br>            Defendants. | )  Case No.: 2:12-CV-1210-LRH-VCF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

(Third Request)

Defendants, by and through their attorneys, request a third extension of time to file an answer or other appropriate responsive pleading to Plaintiffs' complaint.

The parties have worked diligently to resolve the cause of action without expending further resources of the court or the parties.  The case challenges the denial of Plaintiff Adrian Angon Ochoa's ("Ms. Angon") visa application by the U.S. Consulate in Ciudad Juarez, Mexico.  Since the

1  complaint was filed, Defendants have advised Plaintiffs of the requisite

2  documents that must be filed and approved before Defendants will reconsider

3  Ms. Angon's visa application in an effort to resolve this litigation.

4       Since the Court granted the second motion to extend time to answer, the

5  parties learned that Ms. Angon accrued unlawful presence in the United

6  States, so she must have an approved Form I-601, Application for Waiver of

7  Grounds of Inadmissibility, before the U.S. Consulate may reconsider her visa

8  application.  Plaintiffs advised Defendants' counsel that Ms. Angon submitted

9  the Form I-601, and Defendants are attempting to expedite processing by U.S.

10 Citizenship and Immigration Services.  Defendants also have advised

11 Plaintiffs of the updated documents (medical examination and passport) that

12 must be submitted to the U.S. consulate in order for her visa application to

13 be considered.  When Ms. Angon's file is complete, then the U.S. Consulate is

14 expected to re-adjudicate the visa application within thirty (30) days, and

15 the litigation will be moot.

16      Defendants' counsel consulted with Plaintiffs' counsel, attorney Troy

17 Baker on behalf of attorney Anthony Guenther, and Plaintiffs do not oppose

18 this motion.

19      The current deadline to answer the complaint is December 18, 2012,

20 based on the court's order granting the second unopposed motion to extend the

21 deadline.  (ECF No. 8, Nov. 18, 2012).  To allow the parties additional time

22 to work towards resolution of the litigation, Defendants respectfully request

23 that the court grant an additional ninety (90) day extension of time to file

24 an appropriate pleading to answer the complaint up to and including Monday,

25 March 18, 2013.

26

1 | DATED:  December 18, 2012          Respectfully submitted,

2 | Daniel G. Bogden                   Stuart F. Delery
    United States Attorney             Principal Deputy Assistant Attorney General

3 |
    Carlos A. Gonzalez                 Elizabeth J. Stevens
4 | Assistant United States Attorney   Assistant Director

5 |                                      _/s/ Troy D. Liggett_
                                       Troy D. Liggett
                                       Trial Attorney
6 |                                    District Court Section
                                       Office of Immigration Litigation
7 |                                    Civil Division
                                       U.S. Department of Justice
8 |

9 |

10 |                                      IT IS SO ORDERED:

11 |

12 |                                    _____
                                       UNITED STATES MAGISTRATE JUDGE
13 |
                                       DATE:    12-19-2012
14 |                                            _____

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

3